## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.                                                   Case No. 24-4521

ILDEBERTO GONZALEZ, JR.,

    Defendant - Appellant

## **MOTION TO SEAL THE OPENING BRIEF**

Now comes Appellant Ildeberto Gonzalez, Jr. and respectfully moves this Honorable Court to SEAL his opening brief. In support of this motion, Mr. Gonzalez states as follows:

1. Counsel will file Gonzalez's opening brief on April 25. 2025;
2. The brief contains reference to discussions that were sealed at the district court;
3. Local Rule 25(c) dictates that the brief be filed under seal.

WHEREFORE, for the reasons stated herein, Appellant Ildeberto Gonzalez respectfully asks this Honorable Court to seal his opening brief once filed.

Dated: April 24, 2025.

2

Respectfully submitted,

Ildeberto Gonzalez, Jr.,

By Counsel

/s/ Charles T. Berry
Charles T. Berry WVSB #7273
P.O. Box 114
Kingmont, West Virginia  26578
(304) 363-3564 Phone
(304) 816-3117 FAX
cberrylaw@hotmail.com

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that the foregoing document was filed utilizing the CM/ECF system, which should provide an electronic copy of the filing to all counsel of record, including the AUSA assigned to this appeal.

Dated: April 24, 2025.

/s/ Charles T. Berry